Hazel Fairall, Plaintiff-Appellant, v. Sisters of the Third Order of St. Francis, St. Mary's Hospital, a Corporation, Defendant-Appellee.

Gen. No. 11,679.

Second District, Second Division.

December 28, 1962.

William Zwanzig, of Ottawa, for appellant; Berry & O'Conor, of Streator, for appellee. Opinion by JUDGE CROW. Not to be published in full.